IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON WHITE,

    Petitioner,

v.                                              Civ. No. 21-0038 KG/SCY

FNU HATCH, Warden,

    Respondent.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court following Jason White's failure to file a show-cause response addressing mootness. White is an inmate from Tennessee housed in New Mexico. (Doc. 1) at 1. He filed a Letter-Petition on January 14, 2021, while working on a post-conviction motion for that state. The Letter-Petition alleges Northeastern New Mexico Correctional Facility (NNMCF) Warden Hatch would not allow White to speak with a private investigator associated with the Tennessee case. (Doc. 1) at 1-3. White appears to seek an order directing Hatch to allow him to communicate with counsel and the investigator. *Id.* at 2.

On March 18, 2021, White was transferred to the Penitentiary of New Mexico. (Doc. 2). It appears the requested relief is moot. The Court cannot issue a conditional habeas writ because White "no longer suffers a redressable injury." *United States v. Fields*, 823 Fed. App'x 587, 589 (10th Cir. 2020) (addressing mootness in habeas proceedings). Injunctive relief under 42 U.S.C. § 1983 is similarly unavailable. Such claims are moot where, as here, the "claims for … injunctive relief relate solely to the conditions of confinement at the penal institution at which the prisoner is no longer incarcerated." *Jordan v. Sosa*, 654 F.3d 1012, 1027 (10th Cir. 2011).

The Court fixed a deadline of May 8, 2021 for White to file a response showing cause, if

any, why the Letter-Petition is not moot. (Doc. 3) at 2. The Court also mailed White a form Section 1983 complaint, if he wished to assert a claim for damages based on past violations. White did not address mootness or otherwise respond to the Order. Hence, the Court will dismiss the Letter-Petition without prejudice and as moot. This dismissal has no impact on White's ability to file a separate Section 1983 damages claim at a later time.

IT IS ORDERED:

1. White's Letter-Petition (Doc. 1) is dismissed without prejudice.
2. The Court will enter a separate judgment closing the civil case.

_____
UNITED STATES DISTRICT JUDGE