IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JASON WHITE,

    Petitioner,

v.                                                      Civ. No. 21-0038 KG/SCY

FNU HATCH, Warden,

    Respondent.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is dismissed without prejudice.

                                                      HON. KENNETH J. GONZALES
                                                      UNITED STATES DISTRICT JUDGE